1132

No. 11–7458. SALAZAR *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 11–7461. BROWN *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 11–7462. CARRERO-HERNANDEZ *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 11–7465. MILLER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–7471. KNIGHT *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–7472. EDWARDS *v.* TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 11–7473. EASON *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 11–7474. MUENTES *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–7476. LAUREYS *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 11–7477. BAPTIST *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–7478. SHUB *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 11–7479. REAVES *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 11–7482. SCHIPKE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–7485. CABACCANG *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

